IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CR292 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE ALEJANDRO OROPEZA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue sentencing hearing and motion for leave to file defendant's sentencing motions out of time (Filing No. 117). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED:

1) The sentencing hearing is rescheduled for:

**Wednesday, February 8, 2017, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

2) Defendant shall have until have until February 1, 2017, to file objections, sentencing motions and proposals.

DATED this 24th day of January, 2017.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court